UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN PARDOVANI,

                Plaintiff,

-v-

CROWN BUILDING MAINTAINANCE CO., *et al.*,

                Defendants.

15-CV-9065 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    The referral to Magistrate Judge Lehrburger at Docket Number 122 is hereby withdrawn.

    SO ORDERED.

Dated: February 21, 2020
         New York, New York

_____
J. PAUL OETKEN
United States District Judge