UNITED STATES DISTRICT COURT
SOUTHORN DISTRICT OF NEW YORK

---

JOHN PARDOVANI,

                    Plaintiff,

      -v-

CROWN BUILDING MAINTENANCE CO., *et al.*,

                    Defendants.

15-CV-9065 (JPO)

ORDER

---

J. PAUL OETKEN, District Judge:

A conference was held in this case on June 19, 2020. This Order confirms the schedule set during that conference:

- A jury trial in this case is scheduled to begin on March 8, 2021, at 9:30 a.m.
- The final pretrial conference will be held on March 1, 2021, at 2:30 p.m.
- The parties shall file a joint pretrial order by February 5, 2021.
- Proposed jury instructions and voir dire questions, and any motions *in limine*, are due by February 5, 2021.
- Responses in opposition to any motions *in limine* are due by February 12, 2021.
- Replies in support of any motions *in limine*, if needed, are due by February 19, 2021.

SO ORDERED.

Dated: June 19, 2020
      New York, New York

                                               _____
                                                      J. PAUL OETKEN
                                              United States District Judge