UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN PARDOVANI,

                Plaintiff,

-v-

CROWN BUILDING MAINTENANCE CO., *et al.*,

                Defendant.

15-CV-9065 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    As a result of courthouse restrictions due to the Covid-19 pandemic and the backlog of criminal trials, the trial in this case, previously scheduled for November 8, 2021, will have to be rescheduled to 2022. The Court will schedule a telephone conference to address scheduling.

    SO ORDERED.

Dated: September 13, 2021
       New York, New York

_____
J. PAUL OETKEN
United States District Judge