UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
JOHN PARDOVANI,

                              Plaintiff,

   - against -

CROWN BUILDING MAINTENANCE CO. D/B/A ABLE BUILDING MAINTENANCE, JAZZ AT LINCOLN CENTER, INC., RICHARD CRUZ, *Individually*, and JOE MIELE, *Individually*,

                            Defendants.
-----------------------------------------------------------x

15-cv-9065 (SHS)

**VERDICT SHEET**

1. Did plaintiff prove by a preponderance of the evidence that Jazz at Lincoln Center, Inc. acted as Mr. Pardovani's joint employer?

    Answer:   Yes ✓   No _____

2. Did plaintiff prove by a preponderance of the evidence that he was subjected to race-based discrimination or a hostile work environment in violation of Section 1981:

    a. By Able Building Maintenance?

        Yes ✓   No _____

    b. By Jazz at Lincoln Center, Inc.?

        Yes ✓   No _____

    c. By Richard Cruz?

        Yes _____   No ✓

    d. By Joe Miele?

        Yes _____   No ✓

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
JOHN PARDOVANI,                                          15-cv-9065 (SHS)

                Plaintiff,
                                                         **VERDICT SHEET**
  - against -

CROWN BUILDING MAINTENANCE CO. D/B/A ABLE
BUILDING MAINTENANCE, JAZZ AT LINCOLN
CENTER, INC., RICHARD CRUZ, *Individually*, and JOE
MIELE, *Individually*,

                Defendants.
-----------------------------------------------------------------x

1. Did plaintiff prove by a preponderance of the evidence that Jazz at Lincoln Center, Inc. acted as Mr. Pardovani's joint employer?

    Answer:    Yes ✓         No ____

2. Did plaintiff prove by a preponderance of the evidence that he was subjected to race-based discrimination or a hostile work environment in violation of Section 1981:

    a. By Able Building Maintenance?

       Yes ✓         No ____

    b. By Jazz at Lincoln Center, Inc.?

       Yes ✓         No ____

    c. By Richard Cruz?

       Yes ____      No ✓

    d. By Joe Miele?

       Yes ____      No ✓

3. Did plaintiff prove by a preponderance of the evidence that he was subjected to retaliation in violation of Section 1981:

   a. By Able Building Maintenance?

   Yes _____     No ___✓___

   b. By Jazz at Lincoln Center, Inc.?

   Yes _____     No ___✓___

   c. By Richard Cruz?

   Yes _____     No ___✓___

   d. By Joe Miele?

   Yes _____     No ___✓___

4. Did plaintiff prove by a preponderance of the evidence that he was subjected to race-based discrimination or a hostile work environment in violation of Title VII:

   a. By Able Building Maintenance?

   Yes ___✓___     No _____

   b. By Jazz at Lincoln Center, Inc.?

   Yes ___✓___     No _____

If your answer to Question 4 is "Yes" for either defendant, proceed to Question 5. If your answer to Question 4 is "No" for both defendants, skip Question 5 and proceed to Question 6.

5. Did either defendant for whom you checked "Yes" to Question 4 prove by a preponderance of the evidence that it exercised reasonable care to prevent and promptly correct any discriminatory behavior, and that plaintiff unreasonably failed to take advantage of those preventive or corrective opportunities or to otherwise avoid harm?

   a. Able Building Maintenance

   Yes _____     No ___✓___

    b. Jazz at Lincoln Center, Inc.

        Yes _____    No ___✓___

6. Did plaintiff prove by a preponderance of the evidence that he was subjected to retaliation in violation of Title VII:

    a. By Able Building Maintenance?

        Yes _____    No ___✓___

    b. By Jazz at Lincoln Center, Inc.?

        Yes _____    No ___✓___

7. Did plaintiff prove by a preponderance of the evidence that he was subjected to a hostile work environment in violation of New York City Human Rights Law:

    a. By Able Building Maintenance?

        Yes ___✓___    No _____

    b. By Jazz at Lincoln Center, Inc.?

        Yes ___✓___    No _____

    c. By Richard Cruz?

        Yes ___✓___    No _____

    d. By Joe Miele?

        Yes ___✓___    No _____

If your answer to Question 7 is "Yes" for any defendant, proceed to Question 8. If your answer to Question 7 is "No" for all defendants, skip Question 8 and proceed to Question 9.

8. For any defendant for whom you checked yes to Question 7, did that defendant prove by a preponderance of the evidence that its conduct to which plaintiff complains consisted of only petty slights or trivial inconveniences?

    a. Able Building Maintenance?

        Yes _____    No ___✓___

b.  Jazz at Lincoln Center, Inc.?

   Yes _____           No ___✓___

c.  Richard Cruz?

   Yes _____           No ___✓___

d.  Joe Miele?

   Yes _____           No ___✓___

9. Did plaintiff prove by a preponderance of the evidence that he was subjected to retaliation in violation of New York City Human Rights Law:

   a. By Able Building Maintenance?

   Yes _____           No ___✓___

   b. By Jazz at Lincoln Center, Inc.?

   Yes _____           No ___✓___

   c. By Richard Cruz?

   Yes _____           No ___✓___

   d. By Joe Miele?

   Yes _____           No ___✓___

*If you have answered "Yes" to any part of any of the above Questions 2 – 4, 6 – 7, and 9, please continue on to Questions 10 and 11. If you did not answer "Yes" to any part of any of the above Questions 2 – 4, 6 – 7, or 9, skip Questions 10 and 11 and proceed directly to Question 12.*

10. What amount of compensatory damages, if any, did the plaintiff prove by a preponderance of the evidence he has suffered as a result of defendants' conduct?

   $ __800,000__

11. What percent of the total amount of compensatory damages is owed by each defendant, if any?

   a. Able Building Maintenance

   __70__ %

    b. Jazz at Lincoln Center, Inc.

       __30__ %

    c. Richard Cruz

       __0__ %

    d. Joe Miele

       __0__ %

12. Did defendant Joseph Miele prove by a preponderance of the evidence that plaintiff John Pardovani defamed him?

    Yes __✓__    No ____

*If you answered "Yes" to Question 12, please continue on to Question 13. If you answered "No" to Question 12, skip Questions 13-14 and simply sign the verdict form.*

13. Did plaintiff Pardovani prove by a preponderance of the evidence that the statements he made which Miele alleges were defamatory were true?

    Yes ____    No __✓__

*If you answered "Yes" to Question 13, skip Question 14 and simply sign the verdict form. If you answered "No" to Question 13, please continue on to Question 14.*

14. What amount of damages, if any, did defendant Miele prove by a preponderance of the evidence he has suffered as a result of plaintiff Pardovani's conduct?

    $ __ONE DOLLAR__

—New York, New York

November __14__, 2022