UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
JOHN PARDOVANI,

                              Plaintiff,

- against -

CROWN BUILDING MAINTENANCE CO. D/B/A ABLE BUILDING MAINTENANCE, JAZZ AT LINCOLN CENTER, INC., RICHARD CRUZ, *Individually*, and JOE MIELE, *Individually*,

                              Defendants.
------------------------------------------------------------------------x

15-cv-9065 (SHS)

**SUPPLEMENTAL VERDICT SHEET ON PUNITIVE DAMAGES**

**Damages**

1. Do you find that plaintiff has proven by a preponderance of the evidence that any of the defendants' conduct meets the standard required to award punitive damages?

    Yes __✓__     No _____

2. What amount of punitive damages, if any, is plaintiff entitled to recover?

    $ __1,000,000__

3. What percent of the total amount of punitive damages is owed by each defendant, if any?

    a. Able Building Maintenance

    __80__ %

    b. Jazz at Lincoln Center, Inc.

    __20__ %

New York, New York

November 14, 2022