UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
JOHN PARDOVANI,                                   :     15-cv-9065 (SHS)
                                                  :
                Plaintiff,                      :     JUDGMENT
                                                  :
     -against-                                  :
                                                  :
CROWN BUILDING MAINTENANCE CO. ET AL,             :
                                                  :
                Defendants.                     :
-------------------------------------------------------------------X

      A jury trial in this action commenced on October 31, 2022. At the conclusion of the trial on November 14, 2022, the jury rendered a verdict in favor of plaintiff. The jurors awarded $800,000 in compensatory damages to plaintiff and found Able Building Maintenance Co. responsible for 70% of that sum ($560,000) and found Jazz at Lincoln Center Inc. responsible for 30 percent of that sum ($240,000). The jury also found that plaintiff John Pardovani had defamed defendant Joseph Miele and awarded Miele $1 in damages.

      After a bifurcated trial on punitive damages and further deliberations, the jury awarded $1,000,000 in punitive damages and found Able Building Maintenance Co. responsible for 80% of that sum ($800,000) and found Jazz at Lincoln Center, Inc. responsible for 20 percent of that sum ($200,000).

      IT IS HEREBY ORDERED, ADJUDGED AND DECREED: that plaintiff have judgment as against Able Building Maintenance Co. in the sum of $1,360,000 and as against Jazz at Lincoln Center, Inc. in the sum of $440,000, totaling $1,800,000. It is further ordered that defendant Joseph Miele have judgment as against plaintiff John Pardovani in the sum of $1.

Dated:  New York, New York
           November 18, 2022

SO ORDERED:

*[signature]*
Sidney H. Stein, U.S.D.J.

RUBY J. KRAJICK

_____
Clerk of Court

BY:

_____
Deputy Clerk