

*Attorneys at Law*
45 BROADWAY, SUITE 430, NEW YORK, NEW YORK 10006
TEL: (212) 248-7431 FAX: (212) 901-2107
WWW.NYCEMPLOYMENTATTORNEY.COM
*A PROFESSIONAL LIMITED LIABILITY COMPANY*

November 18, 2022

**Via ECF**
**Honorable Sidney H. Stein**
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

        Re:     John Pardovani v. Crown Building Maintenance Co., et al.
                  Case No.: 15-cv-9065

Dear Judge Stein

      As Your Honor is aware, we represent the Plaintiff in the above-referenced matter. We write to inform the Court that our client has informed us that he no longer wishes for us to represent him in this matter. Accordingly, we intend to move the court to grant a motion to withdraw while also allowing us to assert a charging and retaining lien in light of the verdict which we obtained for Plaintiff. We are in the process of drafting a motion to withdraw and intend to file said motion early next week. However, given the posture of the case, we wanted to inform the Court as soon as possible.

      At the same time, we also write to inform the Court that we intend to file a motion for attorneys' fees and costs once the judgment is entered concerning the verdict that we obtained on our client's behalf. We appreciate Your Honor's attention to this matter.

                                               Sincerely,

                                               **Phillips & Associates, PLLC**

                                               */s/ Gregory Kirschenbaum*
                                               Gregory W. Kirschenbaum, Eq.
                                               45 Broadway, Suite 430
                                               New York, NY 10006
                                               (212) 248-7431

cc:     Greg Riolo, Esq. and Leroy Watkins, Esq*., Attorneys for Crown Building Maintenance Co. and Joe Miele* (Via ECF)

cc:     Tracey Salmon-Smith, Esq. and Justin Ginter, Esq., *Attorneys for Jazz at Lincoln Center and Richard Cruz* (Via ECF)