UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

JOHN PARDOVANI,                                         :        15-Cv-9065 (SHS)

                      Plaintiff,               :

        -v-                                                       :        ORDER

CROWN BUILDING MAINTENANCE CO.,       :
ET AL.,
                                          :

                    Defendants
-------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

      On January 11, 2023, plaintiff filed an Application for the Court to Request Pro Bono Counsel [Doc. No. 246], stating that he attached "an original IFP application showing my financial status." The application does not contain an IFP application. Accordingly,

      IT IS HEREBY ORDERED that:

      1.    Defendant is directed to file the IFP application;

      2.    Defendant is directed to appear at the status conference on Tuesday, January 17, 2023, at 5:00 p.m. in Courtroom 23A; and

      3.    Gregory Kirschenbaum and Jesse Weinstein of Phillips & Associates, PLLP, are directed to appear at the conference on January 17, 2023.

Dated: New York, New York
           January 11, 2023

                                                                     SO ORDERED:

                                                                     Sidney H. Stein, U.S.D.J.