UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

JOHN PARDOVANI,  :  15-Cv-9065 (SHS)

          Plaintiff,  :

-v-  :  <u>AMENDED ORDER</u>

CROWN BUILDING MAINTENANCE CO., :
ET AL.,
                                       :
          Defendants
------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

      On January 11, 2023, plaintiff filed an Application for the Court to Request Pro Bono Counsel [Doc. No. 246], stating that he attached "an original IFP application showing my financial status." The application does not contain an IFP application. Accordingly,

      IT IS HEREBY ORDERED that:

      1.     Plaintiff is directed to file the IFP application;

      2.     Plaintiff is directed to appear at the status conference on Tuesday, January 17, 2023, at 5:00 p.m. in Courtroom 23A; and

      3.     Gregory Kirschenbaum and Jesse Weinstein of Phillips & Associates, PLLP, are directed to appear at the conference on January 17, 2023.

Dated: New York, New York
          January 11, 2023

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.