UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

JOHN PARDOVANI,  :  15-Cv-9065 (SHS)

             Plaintiff,  :

   -v-  :  ORDER

CROWN BUILDING MAINTENANCE CO., :
ET AL.,
                             :

           Defendants.
------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    A status conference having been held today, with plaintiff, counsel for defendants, and former counsel for plaintiff present,

    IT IS HEREBY ORDERED that:

1. The last day for any party to file post-trial motions is adjourned sine die; and

2. There will be a status conference on March 16, 2023, at 2:30 p.m.

Dated: New York, New York
       January 17, 2023

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.