UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOHN PARDOVANI,

                Plaintiff,

-against-

CROWN BUILDING MAINTENANCE CO. D/B/A ABLE BUILDING MAINTENANCE, JAZZ AT LINCOLN CENTER, INC., RICHARD CRUZ, *Individually*, and JOE MIELE, *Individually*,

                Defendants.

15-cv-09065 (SHS)

**ORDER**

---

SIDNEY H. STEIN, U.S. District Judge.

    On January 18, 2023 this Court adjourned the final date for post-trial motions sine die to allow plaintiff an opportunity to obtain successor counsel. (ECF No. 250.) Plaintiff today filed a motion "For Reconsideration and to Alter or Amend Judgment" under Fed. R. Civ. P. 59(e) and informed the Court that he intends to retain counsel "if the motion is granted." (ECF No. 252 at 31.) Accordingly, the stay of post-trial motions is lifted. Defendants are ordered to respond to plaintiff's motion by March 17, 2023; any reply by plaintiff is due by March 27, 2023. The last date to file any additional post-trial motions by any party is March 21, 2023; responses are due by April 4, 2023 and any replies are due by April 11, 2023.

Dated: New York, New York
February 22, 2023

                                                SO ORDERED:

                                                Sidney H. Stein, U.S.D.J.