UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

JOHN PARDOVANI,  :  15-Cv-9065 (SHS)

          Plaintiff,  :

-v-  :  ORDER

CROWN BUILDING MAINTENANCE CO.,  :
ET AL.,
            :
          Defendants.
------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    In light of the Order filed on February 22, 2023 [Doc. No. 253],

    IT IS HEREBY ORDERED that the status conference scheduled for March 16, 2023, is adjourned *sine die*. A copy of this Order will be mailed to plaintiff.

Dated: New York, New York
       March 8, 2023

                              SO ORDERED:

                              Sidney H. Stein, U.S.D.J.