UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

JOHN PARDOVANI,                            :    15-Cv-9065 (SHS)

               Plaintiff,        :

      -v-                                    :    <u>ORDER</u>

CROWN BUILDING MAINTENANCE CO.,    :
ET AL.,
                                              :
              Defendants.
------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

      IT IS HEREBY ORDERED that the Clerk of Court is directed to close this case.

Dated: New York, New York
       September 27, 2023

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.