UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

JOHN PARDOVANI,  :  15-Cv-9065 (SHS)

           Plaintiff,  :

   -v-  :  <u>ORDER</u>

CROWN BUILDING MAINTENANCE CO.,  :
ET AL.,
   :
           Defendants.
-------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    IT IS HEREBY ORDERED that defendants are directed to respond to plaintiff's letter filed on October 12, 2024 [Doc. No. 280] on or before October 24, 2024.

Dated: New York, New York
       October 21, 2024

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.