UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

JOHN PARDOVANI,  :  15-Cv-9065 (SHS)

          Plaintiff,  :

   -v-  :  <u>ORDER</u>

CROWN BUILDING MAINTENANCE CO.,  :
ET AL.,
  :
          Defendants.
------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    IT IS HEREBY ORDERED that there will be a conference on Wednesday, October 30, 2024, at 10:30 a.m. regarding the following three recently filed letters: (1) letter from plaintiff [Doc. No. 280], (2) response from defendants [Doc. No. 282], and (3) reply from plaintiff [Doc. No. 283]. The conference will take place at the U.S. Courthouse, 500 Pearl Street, New York, New York, in Courtroom 23A. Mr. Pardovani may participate by telephone by dialing 212-805-0087.

Dated: New York, New York
       October 23, 2024

SO ORDERED:

*[signature]*
Sidney H. Stein, U.S.D.J.