UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

| | | |
|---|---|---|
| JOHN PARDOVANI, | : | 15-Cv-9065 (SHS) |
| Plaintiff, | : | |
| -v- | : | <u>ORDER</u> |
| CROWN BUILDING MAINTENANCE CO., ET AL., | : | |
| | : | |
| Defendants. | | |

----------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    IT IS HEREBY ORDERED that the Clerk of Court shall seal document no. 289 and restrict its viewing access to the parties in this matter and the Court staff.

Dated: New York, New York
       November 7, 2024

SO ORDERED

*[signature]*

_____
SIDNEY H. STEIN
U.S.D.J.