John pardovani
Addie lane
Culpeper, Virginia
22701

Re:
Plaintiff : John Pardovani
Defendant : Crown building maintenance Able/Abm/Jazz at lincoln center
Case :  1:15-cv-09065
Court : Southern district of New York


Dear Honorable Judge Sidney H Stein:
Honorable Judge Stein, i am not only legally fighting the companies, but i am also fighting systematic discrimination, and I am also fighting you your honor. I am not able to get through to you, either your past relationship with the company is blinding you, or you are not understanding this case.

When a customer is referring to these two companies involved, they do not see or understand the version of the companies i see and understand. Like a person understands their friends and relatives, after 14 years i understand these two companies the same way. The public image of companies are fake their monsters with enormous amount of resources to power people and investors who only care about money.

They intentionally prolonged this case for several reasons hoping i wouldn't make it even die. The evidence is in front you in your files. Documentation could never explain the disrespect i faced because of the companies greed. Reading words on a piece paper can't make you feel pain.

Your honor as of today,  it is now Thursday Nov 21, 2024 which is my birthday today, and co-defendants, and business partner of "Jazz " crown building maintenance/Able/abm, has not wired the funds.
 The current rule of wiring funds:

a) if you wired funds to a individual or business before 2:00 p.m., they will receive it on the same day.
B) if you do not receive wired funds before 6.00 p.m., it is set for the next day.
With that said " when you read " evidence, and the defendants say they wired funds already, the court should realize the defendants are fabricating. The defendants have millions/ billions, fines or additional awards mean nothing to them.

1. After conference schedule october 30 2024 with you honorable judge stein, jazz wired the funds the same day on October 30.
2. This means all of the time wasted withholding funds was for Nothing, the defendants are skilled and experienced and knew the laws they have pleny cases wiring funds, this is a "routine " for them, they did this to be hurtful. They have experienced and skilled attorneys to advice them, do you really believe the did not know the outcome ahead of the conference.
3. Judges are respected corporate and educated people reading documents all day long. When a judge is reading case, they are reading the commercial version of what's reported to them, in other words they may not be able to access the true damage. They are not reading every incident involved, every punch, every kick, every disappointment,argument or worse. If they are being truthful can not truly understand the pain of the Plaintiff.
4. A Judge or government employee is educated and respected doesn't mean they can see every issue correctly. I mean this respectfully Honorable Judge Stein but certain issues require more than degree, goverment license, but more common sense, which can't be taught.
5. This small amount i received from trial is nothing compared to the damage the defendants caused and are responsible for.
6. The tactics, games and strategies used to " fool " the court are to prepare for future issues they will be liable for.
7. As far as damage, I want to give the an example that the court can relate to, just maybe it can help change the courts perspective on my issues.

8. If a judge were not paid their weekly salary, would the judge have money to get work ?
What If the judge did have money for the bus or train and now has to miss trials and case meetings. Now the deputy clerk can't do their job. Along with other employees.

   What if the judge didn't have money for to eat,and now has lack of nutrition/ food which physically affects the judge at work, and he or she is feeling weak and can't fully function because of hunger. Cases now are being improperly done.

   My point is : when a company intentionally does not pay or purposely stalls, they cause future damage, more problems which is more money and new issues. You can't say this part of the trial money or judgement.

   If you read my argument to the second circuit court,
   "carefully" look at the words they use, they acknowledge all my damage but they decided to "shield "
   " help" The Southern District Court of Ny.

9. All individuals in the country have to work until the retirement age of 67, if you wrongly fired a employee the court does not properly pay for the amount of years until this time or age, to make loss of money fair for the individual.

10. The companies have millions of dollars and attorneys to represent them and doesn't need court assistance helping them save money.
11. The people terminated/fired need the Court assistance, i need your assistance not the company who is making more money each year.
12. If a judge worked for 20+ yrs then filed a discrimination case against their employer, then was terminated/fired, went to trial and received $1,800.000 from the jury, this award is for the discrimination incidents at work not the 20+ yrs of work he lost or other claims.

13. What If a judges salary a year is $ 400,000, would $1,800.000 settlement equal 20+ yrs of work ? No
14. $400.000 x 20+ yrs salary is $ 8 million dollars, which the proper way to award a person until retirement for wrongly being fired.
15. If a judge were not fired and worked for 20+ yrs or retirement you would make your salary each year which would be $ 400,000 x 20+yrs.

Honorable judge stein this is not what the court did, the court robbed me of justice.
The companies used everything including health against me to save a dollar.

Honorable Judge Stein look at me as your brother, cousin, relative, do you truly believe this is fair and just what they did to me.


Thank you
John pardovani
Telephone: 5402290063
Email : johnbrooklyn29@aol.com
Email:respectprivacypeace@gmail.com

| | |
|---|---|
| Subject | Re: New email |
| To: | [John Pardovani <johnbrooklyn29@aol.com>] |
| From | Riolo, Greg (Albany/White Plains) <Greg.Riolo@jacksonlewis.com> |
| Date: | Tue, Nov 19, 2024 at 6:37 PM |

I spoke with the client. The payment is being submitted tomorrow and the transfer should be done Thursday or Friday. Since I was expecting payment before the end of the week, as I stated in my email, I will be sending a separate check in the amount of $250 to your address as a courtesy for the few days delay.



**Greg Riolo**

Attorney at Law

**Jackson Lewis P.C.**

677 Broadway, 9th Floor

Albany, NY 12207

Direct: (518) 512-8791 | Main: (518) 512-8700

44 South Broadway
14th Floor

White Plains, NY 10601

Direct: (914) 872-6902 | Main: (914) 872-8060

Greg.Riolo@jacksonlewis.com | www.jacksonlewis.com



I want the company to pay for damage

---

**From:** John Pardovani <johnbrooklyn29@aol.com>
**Sent:** Tuesday, November 19, 2024 5:26:59 PM
**To:** Riolo, Greg (Albany/White Plains) <Greg.Riolo@jacksonlewis.com>
**Subject:** Re: New email

Hi greg,
I am responding to the email you sent Thursday November 14, which you explain the funds will be sent on November 19.
Today is November 19, 2024, the time now is 5:21 pm., the Cut off time to receive wired transfer on the same day is 6 p.m., so far it appears that I will not receive a wire transfer by today.


Sent from AOL on Android

On Fri, Nov 15, 2024 at 7:52 AM, John Pardovani <johnbrooklyn29@aol.com> wrote:

> Greg,
> Has abm ever done me any favors ?  No
> Has Crown building maintenance ever done any me favors ? No
> Has able services ever done me any favors ? No
> Have you greg ever done me any favors ? No
> Have Tracey ever done me any favors ? No
>
> I understand as attorneys you have a job to do but at what point do you say to yourselfs :  my God morally this is wrong how John pardovani is being treated.
>
> As a human being with your own mind and hearts after seeing reading all documents and realizing the truth, All the damages and What your clients really did to me, your conscious didn't bother you representing them ?
> As attorneys you should explain to your clients how bad they are.  They got away from retaliation.

They have outsmarted the federal system but you can't outsmart God.

Sent from AOL on Android

On Thu, Nov 14, 2024 at 8:38 AM, Riolo, Greg (Albany/White Plains) <Greg.Riolo@jacksonlewis.com> wrote:

Mr. Pardovani,

I am letting you know that payment will be wired to you from the Company no later than Tuesday, November 19, 2024.  As soon as I have confirmation that it is being sent, I will let you know and I would just ask that you confirm receipt of the amount.  Thanks.



**Greg Riolo**

Attorney at Law

**Jackson Lewis P.C.**

677 Broadway, 9th Floor

Albany, NY 12207

Direct: (518) 512-8791 | Main: (518) 512-8700

44 South Broadway
14th Floor

White Plains, NY 10601

Direct: (914) 872-6902 | Main: (914) 872-8060

Greg.Riolo@jacksonlewis.com | www.jacksonlewis.com